UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00298-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHANIEL J. TURNER,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, August 28, 2006,** and responses to these motions shall be filed by **Monday, September 11, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Wednesday, September 20, 2006, at 9:00 a.m.**  It is

FURTHER ORDERED that a two-day jury trial is set to commence on **Monday, October 2, 2006, at 9:00 a.m.**

Dated:  July 31, 2006

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge