**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | December 19, 2006 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

_____

Criminal Case No.  **06-cr-00298-WYD**          Counsel:

UNITED STATES OF AMERICA,                      Arturo G. Hernandez

       Plaintiff,

v.

**1. NATHANIEL TURNER**,                         Peter R. Bornstein

       Defendant.

_____

**COURTROOM MINUTES**
_____

**FINAL TRIAL PREPARATION CONFERENCE and HEARING ON PENDING MOTIONS**

**9:07 a.m.**   Court in Session - Defendant present (in-custody)

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

9:08 a.m.   Discussion and argument regarding pending motions.

**ORDERED:**   Defendant's Motion for Discovery (#12 - 8/16/06) is **DENIED.**

**ORDERED:**   Defendant's Motion for Disclosure of 404(b) Evidence (#13 - 8/16/06) is **GRANTED.**

           Defendant's Motion to Suppress (#19 - 9/5/06) is raised for argument.

Judge Wiley Y. Daniel
06-cr-00298-WYD - Courtroom Minutes

| | |
|---|---|
| 9:10 a.m. | Argument by Government (Mr. Hernandez). |
| 9:11 a.m. | Argument by Defendant (Mr. Bornstein). |
| 9:15 a.m. | Discussion regarding schedule for the hearing on the motion to suppress. |
| 9:24 a.m. | Government's witness **Jason Klingler** sworn. |
| | Direct examination by Government (Mr. Hernandez). *EX ID: 8, 9* |
| 10:00 a.m. | Cross examination by Defendant (Mr. Bornstein). *EX ID: B, C, A, D* |

**Exhibit/s B, C, A, D RECEIVED.**

| | |
|---|---|
| **10:23 a.m.** | Court in Recess |
| **11:15 a.m.** | Court in Session |
| | Government's witness **Jason Klingler** resumes. |
| | Cross examination by Defendant continues (Mr. Bornstein). |
| 11:45 a.m. | Court's examination of witness. |
| 11:46 a.m. | Re-Direct examination by Government (Mr. Hernandez). |
| 11:48 a.m. | Re-Cross examination by Defendant (Mr. Bornstein). |
| **11:52 a.m.** | Court in Recess |
| **1:53 p.m.** | Court in Session |
| | Government's witness **Matthew Church** sworn. |
| | Direct examination by Government (Mr. Hernandez). *EX ID: 4, 3* |

**Exhibit/s 8, 9 RECEIVED.**

Judge Wiley Y. Daniel
06-cr-00298-WYD - Courtroom Minutes

| | |
|---|---|
| 2:13 p.m. | Voir dire by Defendant (Mr. Bornstein).<br>***EX ID:***        3, 4 |

**Exhibit/s 3, 4 RECEIVED.**

| | |
|---|---|
| 2:16 p.m. | Cross examination by Defendant (Mr. Bornstein).<br>***EX ID:***        E, F |

**Exhibit/s E, F RECEIVED.**

| | |
|---|---|
| 2:43 p.m. | Government rests |

**Exhibit/s G RECEIVED.**

| | |
|---|---|
| 2:46 p.m. | Defendant's witness **Lane Gardner** sworn.<br><br>Direct examination by Defendant (Mr. Bornstein). |
| 3:06 p.m. | Cross examination by Government (Mr. Hernandez). |
| 3:10 p.m. | Re-Direct examination by Defendant (Mr. Bornstein). |
| 3:11 p.m. | Defendant rests |
| **3:12 p.m.** | Court in Recess |
| **3:38 p.m.** | Court in Session<br><br>Argument by Defendant (Mr. Bornstein). |
| 3:43 p.m. | Argument by Government (Mr. Hernandez). |
| 4:03 p.m. | Argument by Defendant (Mr. Bornstein). |
| 4:12 p.m. | Argument by Government (Mr. Hernandez). |
| **ORDERED:** | Defendant shall file supplemental briefing not later than **Thursday, December 28, 2006.** |
| **ORDERED:** | Government shall file supplemental briefing not later than **Friday, January 5, 2007.** |

Judge Wiley Y. Daniel
06-cr-00298-WYD - Courtroom Minutes

**4:18 p.m.**      Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:**      **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:  3:53**