UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00298-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHANIEL J. TURNER,

    Defendant.
_____

**ORDER**
_____

THIS MATTER comes before the Court upon review of the file.  The parties filed a Joint Status Report Regarding Speedy Trial Act and Request for Trial Setting [# 45] on February 23, 2007.  The Court understands that speedy trial expires on March 26, 2007.  Accordingly, in the interest of efficiency and in order to ensure that speedy trial is not violated, the trial will commence with jury selection and administration of the jury oath on **Friday, March 23, 2007**.  However, the balance of the trial will be delayed for an unknown period of time to be determined after the jury is selected.  Accordingly, it is

ORDERED that the trial in the above captioned matter will commence with jury selection and administration of the jury oath on **Friday, March 23, 2007, at 9:00 a.m.**  It is

FURTHER ORDERED that the balance of the trial will be delayed for an unknown period of time to be determined after jury selection and administration of the jury oath.

Dated: February 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge