UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00298-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHANIEL J. TURNER,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER comes before the Court upon review of the file. Pursuant to D.C.COLO.LCrR 50.1 and with approval of the Chief Judge, this matter is hereby transferred to Judge Lewis T. Babcock with the understanding that he has agreed to start trial on Monday, March 26, 2007, in courtroom A201. Accordingly, it is

    ORDERED that this matter is transferred to Judge Lewis T. Babcock pursuant to D.C.COLO.LCrR 50.1 and with the approval of the Chief Judge. It is

    FURTHER ORDERED that the trial set for **Friday, March 23, 2007**, in courtroom A1002, is **VACATED.**

    Dated: March 16, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge