IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Action No. 06-cr-00298-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHANIEL J. TURNER,

Defendant.

---

STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this 28th day of March 2007.

BY THE COURT:

_____
LEWIS T. BABCOCK, Chief Judge

_____
Attorney for Government

_____
Attorney for Defendant
(No exhibits)