**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE  LEWIS  T.  BABCOCK**

_____

Courtroom Deputy:  LaDonne Bush          Date: July 26, 2007
Court Reporter:      Gwen Daniel          Probation: Keith Williams

_____

Criminal Action No. 06-cr-00298-LTB           <u>Counsel:</u>

UNITED STATES OF AMERICA,                     Linda McMahan

     Plaintiff,

v.

1.  NATHANIEL J. TURNER,                      Peter Bornstein

     Defendant.

_____

**COURTROOM MINUTES - CONTESTED SENTENCING HEARING**
_____

9:05 a.m.     Court in session.

Defendant is present and in custody.

> Defendant found guilty of Count 1 on March 28, 2007.

Argument.

Court's findings and conclusions regarding enhancements.

**Government's witness, Jason Klingler, sworn.**

9:39 a.m.     Direct examination of Investigator Klingler by Ms. McMahon.

**Government Exhibits 1 and 2 are rejected as set forth on the record.**

1

**Government Exhibits 3 through 6 are admitted for the purposes of this hearing.**

9:49 a.m.     Cross examination by Mr. Bornstein.

9:57 a.m.     Redirect examination by Ms. McMahon.

Court's further findings and conclusions regarding enhancements.

Government's request to reopen the evidence is denied.

10:20 a.m.    Court in recess.
10:34 a.m.    Court in session.

Court supplements the record.

Argument.

Court's findings and conclusions regarding Defendant's Motion for Downward Departure Under the Guidelines.

**Defendant sworn.**

10:52 a.m.    Direct examination of defendant by Mr. Bornstein.

11:06 a.m.    Cross examination by Ms. McMahon.

Court's further findings and conclusions regarding a departure.

Sentencing statement and argument by Mr. Bornstein regarding a non-guideline sentence.

Sentencing statement by Ms. McMahon.

Statement by defendant.

Court's further findings and conclusions regarding sentencing.

**ORDERED**:  Defendant's Motion for Non-Guideline Sentence or, in the Alternative, Downward Departure Under the Guidelines (Doc. 80) is denied.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 68 months.

**ORDERED**:   Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.

**ORDERED**:   Conditions of supervised release:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of supervised release:

- (X) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall pay the cost of treatment as directed by the probation officer.
- (X) Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of treatment as directed by the probation officer. The probation officer is authorized to release psychological reports and/or the presentence report for continuity of treatment.
- (X) Defendant shall remain compliant and take all medications prescribed by his treating psychiatrist and cooperate in random blood tests as directed by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:**   Defendant shall pay a special assessment fee of $100, to be paid immediately.

**ORDERED:**  No fine is imposed because defendant has no ability to pay a fine.

Defendant is advised of his right to appeal.

**ORDERED:**  Defendant's motion to strike certain sections and paragraphs in the presentence report and Government's sentencing statement is granted as set forth on the record, and those sections and paragraphs shall not go to the Bureau of Prisons.

**ORDERED:**  With regard to Defendant's Motion for Determination of Indigency, Appointment of Counsel, and Leave to Proceed with Appeal *In Forma Pauperis* (Doc No. 88), defendant is declared indigent, defendant may proceed on appeal *in forma pauperis*, and counsel will be appointed to represent defendant.

Court recommends that the Bureau of Prisons place the defendant at a facility in Colorado.

Defendant is remanded to the custody of the U.S. Marshal.

11:53 a.m.    Court in recess.

Hearing concluded.
Time: 2:34

Clerk's Note:  All exhibits returned to Ms. McMahon.