IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock

Civil Action No. 10-cv-01261-LTB
Criminal Action No. 06-cr-00298-LTB-1

UNITED STATES OF AMERICA,

v.

1. NATHANIEL J. TURNER,

Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney **on or before June 25, 2010**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: June 4, 2010

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Senior District Judge
United States District Court