IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00298-LTB-1
Civil Action No. 10-cv-01261-LTB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

NATHANIEL J. TURNER,

    Defendant-Movant.

_____

**JUDGMENT**
_____

    Pursuant to and in accordance with the Order entered by the Honorable Lewis T. Babcock, Senior Judge, on October 13, 2010, the following Judgment is hereby entered:

    It is ORDERED that Defendant-Movant Nathaniel J. Turner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (docket # 143) is DENIED. It is

    FURTHER ORDERED that the defendant-movant is entitled to no relief under § 2255. The corresponding civil action is dismissed with prejudice.

    Dated at Denver, Colorado this   14th   day of October, 2010.

                                  FOR THE COURT:

                                  GREGORY C. LANGHAM, CLERK


                                  By: s/ Edward P. Butler
                                      Edward P. Butler, Deputy Clerk