**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  06-cr-00298-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     NATHANIEL J. TURNER,

        Defendant.

_____

**ORDER**
_____

Upon Government's Motion for Sentence Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (Doc 147 - filed February 7, 2011), and upon review of the file, it is

ORDERED that Government's Motion is GRANTED.  Defendant's sentence is reduced from 68 months to 60 months based on his substantial assistance to the Denver District Attorney's Office.

                                             BY THE COURT:

                                               s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED:  March 28, 2011